## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

_____

Myles Regenold,                                   Case No. 4:21-cv-00069-SMR-SBJ

                                   Plaintiff,

v.                                                **STIPULATION FOR DISMISSAL**
                                                  **WITH PREJUDICE**

Tony Higgins, acting in his individual
capacity as an Ankeny police officer,

                                   Defendant.

_____


IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendant,

through their respective counsel, that the above-captioned action may be dismissed with

prejudice and without costs, and that an Order to that effect may be entered without further

notice or hearing.


**ROBINS KAPLAN LLP**


Date:  September 21, 2021          /s/ *Andrew J. Noel*
                                   Andrew J. Noel, *pro hac vice*
                                   Marc Betinsky, *pro hac vice*
                                   800 LaSalle Avenue, Suite 2800
                                   Minneapolis, MN 55402
                                   Telephone: 612-349-8500
                                   anoel@robinskaplan.com
                                   mbetinsky@robinskaplan.com

                                   - and –

**JOHNSTON MARTINEAU LLP**

/s/*Christopher P. Martineau*

Christopher Peter Martineau, *pro hac vice*
2233 Hamline Avenue North, Suite 102
Roseville, MN 55113
Telephone:  651-269-8463
cmartineau@jmlegal.com

/s/*Christopher A. Johnston*

Christopher A. Johnston, AT0012625
Thomas P. Tully, AT0011150
7900 Hickman Road, Suite 200
Windsor Heights, IA 50324
Telephone: 515-493-4878
cjohnston@jmlegal.com
tully@jmlegal.com

***ATTORNEYS FOR PLAINTIFF***

**FOWLER, PROCTOR & FAIRGRAVE, P.C.**

Date:  September 21, 2021        /s/*Jason C. Palmer*

Jason C. Palmer, AT0006089
Benjamin R. Erickson, AT0013758
801 Grand Avenue, Suite 3700,
Des Moines, IA 50309
Telephone: (515) 243-4191
palmer.jason@bradshawlaw.com
erickson.benjamin@bradshawlaw.com

**ATTORNEYS FOR DEFENDANTS**

2

92074982.1