**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

---

Myles Regenold,

Plaintiff,

v.

Tony Higgins, acting in his individual capacity as an Ankeny police officer,

Defendant.

Case No. 4:21-cv-00069-SMR-SBJ

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendant, through their respective counsel, that the above-captioned action may be dismissed with prejudice and without costs, and that an Order to that effect may be entered without further notice or hearing.

**ROBINS KAPLAN LLP**

Date: September 23, 2021

/s/*Andrew J. Noel*
Andrew J. Noel, *pro hac vice*
Marc Betinsky, *pro hac vice*
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
anoel@robinskaplan.com
mbetinsky@robinskaplan.com

- and –

**JOHNSTON MARTINEAU LLP**
/s/*Christopher P. Martineau*
Christopher Peter Martineau, *pro hac vice*
2233 Hamline Avenue North, Suite 102
Roseville, MN 55113
Telephone: 651-269-8463
cmartineau@jmlegal.com

/s/*Christopher A. Johnston*
Christopher A. Johnston, AT0012625
Thomas P. Tully, AT0011150
7900 Hickman Road, Suite 200
Windsor Heights, IA 50324
Telephone: 515-493-4878
cjohnston@jmlegal.com
tully@jmlegal.com

***ATTORNEYS FOR PLAINTIFF***

**FOWLER, PROCTOR & FAIRGRAVE, P.C.**

Date: September 23, 2021

/s/*Jason C. Palmer*
Jason C. Palmer, AT0006089
Benjamin R. Erickson, AT0013758
801 Grand Avenue, Suite 3700,
Des Moines, IA 50309
Telephone: (515) 243-4191
palmer.jason@bradshawlaw.com
erickson.benjamin@bradshawlaw.com

**ATTORNEYS FOR DEFENDANTS**